# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMEON ANTONIO CASTILLO-PEREZ, | : | Civil No. 1:20-CV-02271 |
| Petitioner, | : | |
| v. | : | |
| CRAIG A LOWE, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 7th day of December, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Petitioner's motion for temporary restraining order (Doc. 3) is **DENIED WITHOUT PREJUDICE**.

2. The Clerk of Court is directed to serve Respondents with a copy of the petition, this order, and the accompanying memorandum by certified mail.

3. On or before **December 27, 2020**, Respondents shall show cause, if there is any, as to why Petitioner should not be granted a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondents' response shall be accompanied by a memorandum of law.

4. Petitioner may file a reply brief within 14 days of the date on which the response is filed.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania